**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**ALEXIS VICENT URDANETA,
Individually and as surviving adult child
and Curator of the Estate of
ALEXIS JOSE VICENT, decedent,**

**Plaintiff,**

**v.**

**CTC PROPERTY LLC,
MZX TECH LLC,
and OMEGA FOUNDATION SERVICES, INC.,**

**Defendants.**

**Civil Action No.**

**JUDGE**

**JURY DEMANDED**

---

**DEFENDANTS CTC PROPERTY LLC AND MZX TECH LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants CTC Property LLC and MZX Tech LLC hereby make the following disclosure:

**CTC Property LLC** is a privately held limited liability company with a single member: SpaceXAI LLC. SpaceXAI LLC's single member is SpaceXAI Corp., which is a privately held corporation. SpaceXAI Corp. is wholly owned by X Corp. and SpaceXAI Holdings, LLC. X Corp. is wholly owned by X Holdings Corp., which is wholly owned by SpaceXAI Holdings LLC. SpaceXAI Holdings LLC is wholly owned by Space Exploration Technologies Corp. ("SpaceX"), which is a publicly traded corporation (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX. The citizenship of CTC Property LLC is based on its sole member, SpaceXAI

LLC, which is in turn based on its sole member, SpaceXAI Corp., which is a citizen of Nevada and Texas.

**MZX Tech LLC** is a privately held limited liability company with a single member: CTC Property LLC. As stated above, CTC Property LLC's single member is SpaceXAI LLC. SpaceXAI LLC's single member is SpaceXAI Corp., which is a privately held corporation. SpaceXAI Corp. is wholly owned by X Corp. and SpaceXAI Holdings, LLC. X Corp. is wholly owned by X Holdings Corp., which is wholly owned by SpaceXAI Holdings, LLC. SpaceXAI Holdings LLC is wholly owned by SpaceX, which is a publicly traded corporation (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX. The citizenship of MZX Tech LLC is based on its sole member, CTC Property LLC, which is based on its sole member, SpaceXAI LLC, which is in turn based on its sole member, SpaceXAI Corp., which is a citizen of Nevada and Texas.

DATED: September 11, 2026

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/Daniel W. Van Horn*
Daniel W. Van Horn (18940)
S. Keenan Carter (23386)
Marshall C. McComas (40391)
Austin L. Hord (41157)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
T: (901)680-7200
F: (901)680-7201
danny.vanhorn@butlersnow.com
keenan.carter@butlersnow.com
marshall.mccomas@butlersnow.com
austin.hord@butlersnow.com

*Attorneys for Defendants CTC Property LLC and MZX Tech LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, the foregoing document was filed through the ECF system, which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing. Additionally, a true and correct copy of the foregoing has been served *via* email to the following:

Shannon Quintero, Esq.
**HUGHES & COLEMAN, PLLC**
446 James Robertson Parkway, Suite 100
Nashville, TN 37219
T: (615)557-1127
squintero@hughesandcoleman.com

*Attorney for Plaintiff*

Tom Cassidy, Esq.
Brad Jacobs, Esq.
**MGC**
600 Poplar Ave., Ste. 100
Memphis, TN 38119
T: (901) 682-3435
tom.cassidy@mgclaw.com
brad.jacobs@mgclaw.com

*Attorneys for Omega Foundation Services*

*/s/Daniel W. Van Horn*
Daniel W. Van Horn

102480998.v1