**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| ALEXIS VICENT URDANETA, individually and as surviving adult child and Curator of the Estate of ALEXIS JOSE VICENT, decedent,<br><br>Plaintiff,<br><br>v.<br><br>CTC PROPERTY, LLC, MZX TECH LLC and OMEGA FOUNDATION SERVICES, INC.,<br><br>Defendants. | ) | Civ. No. 2:26-cv-3177-SHL-cgc |

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET INITIAL SCHEDULING CONFERENCE**

---

Before the Court is Plaintiff Alexis Vicent Urdaneta, individually and as surviving adult child and Curator of the Estate of Alexis Jose Vicent, decedent's Unopposed Motion to Reset Initial Scheduling Conference, which is currently set for November 18, 2026. (See ECF No. 9.) For good cause shown, the Motion is **GRANTED**.

The Scheduling Conference is re-set to 2:30 p.m. December 9, 2026, via Microsoft Teams video conference.

**IT IS SO ORDERED** this 13th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE